IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SUSAN MOJICA, et al**                                                           **PLAINTIFFS**

vs.                                     **CASE NO. 5:14-CV-5258**

**SECURUS TECHNOLOGIES, INC.**                                         **DEFENDANT**

## INTERIM CASE MANAGEMENT ORDER

A Case Management Hearing was conducted on January 22, 2015. After a review of the parties' Rule 26(f) Joint Report, and based on discussions with counsel during the hearing, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED as follows:

1. Plaintiff contemplates the filing of a motion for class certification, and the parties have agreed to an orderly schedule to brief that issue, as well as an agreement to confine discovery for the time being to class certification.[1] Accordingly, it is not ripe for the Court to enter a final scheduling order at this time. The deadlines and procedure described hereafter are intended to govern the class certification phase of this proceeding.

2. The parties shall make Rule 26(a)(1) initial disclosures by no later than **FEBRUARY 27, 2015**.

3. Plaintiffs' deadline for filing a Motion for Class Certification is **JUNE 12, 2015**. The deadline for Defendant's response (and/or dispositive motions) is **OCTOBER 9, 2015**.

---

[1] The Court and the parties discussed the fact that class and merits discovery will inevitably and unavoidingly overlap. That said, the primary emphasis of Plaintiffs' discovery shall be on core matters necessary to move for class certification.

The Plaintiff is given advance permission to file a reply brief, which shall be due by no later than **OCTOBER 30, 2015**.

4. Memorandum briefs in support or response to a motion must not exceed twenty-five (25) pages in length, without leave of Court for good cause shown. Reply briefs must not exceed ten (10) pages in length.

5. Plaintiffs shall file Rule 26(a)(2) disclosures for its class certification expert by no later than **JULY 3, 2015**, and produce such expert for deposition by no later than **JULY 31, 2015**.

6. Defendant shall file Rule 26(a)(2) disclosures for its class certification expert by no later than **AUGUST 21, 2015**, and produce such expert for deposition by no later than **SEPTEMBER 18, 2015**.

7. A class certification hearing is set for **DECEMBER 2, 2015**, at **1:30 p.m.**

8. To the extent necessary, a Final Case Management Order will issue following the Court's ruling on class certification. To avoid future schedule conflicts and other delays, the parties are advised to reserve the dates of **AUGUST 15-26, 2016** on their calendars. Whatever aspects of the case remain after the class certification hearing, if any, will likely be tried during said window of dates.

**IT IS SO ORDERED** this 2nd day of February, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2