IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SUSAN MOJICA and THOMAS MOJICA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SECURUS TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | Case No. 5:14-cv-05258<br><br>Honorable Timothy L. Brooks |

**SECURUS TECHNOLOGIES, INC.'S
NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Defendant Securus Technologies, Inc. ("Securus"), hereby submits the decision of the United States Court of Appeals for the District of Columbia Circuit in *Global Tel*Link, et al. v. Federal Communications Commission*, Nos. 15-1461 and consolidated cases, entered on June 13, 2017, in support of the following motions filed by Securus: (1) Motion for Summary Judgment [ECF Nos. 232-234]; (2) Motion for Primary Jurisdiction Referral [ECF No. 200]; (3) Motion to Exclude the Testimony of Plaintiffs' Experts Timothy J. Tardiff, Daniel S. Levy, and E. Allen Jacobs [ECF Nos. 235-236]; and (4) Motion for Class Decertification [ECF Nos. 224-231].

A copy of the *Global Tel*Link* decision is attached hereto as Exhibit A.

Dated:  June 13, 2017

Woody Bassett [Ark. Sup. Court ID 77006]
James M. Graves [Ark. Sup. Court ID 95172]
Bassett Law Firm LLP
221 North College Avenue
P.O. Box 3618
Fayetteville, AR 72702

SECURUS TECHNOLOGIES, INC.

By: /s/ Elizabeth B. Herrington
Elizabeth B. Herrington *
Megan R. Braden *
Morgan, Lewis & Bockius LLP
77 West Wacker Dr.
Chicago, IL 60601-5094
Tel. 312.324.1445

1

Tel. 479.521.9996
Fax 479.521.9600
WBassett@bassettlawfirm.com
JGraves@bassettlawfirm.com

Robert L. Jones III [AR Sup. Court ID 69041]
Kerri Kobbeman [Ark. Sup. Court ID 2008149]
Conner & Winters, LLP
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Tel. 479.587.3421
Fax 479.587.1426
bjones@cwlaw.com
kkobbeman@cwlaw.com

Fax 312.324.1001
Beth.Herrington@morganlewis.com
Megan.Braden@morganlewis.com

Craig A. Stanfield *
Morgan, Lewis and Bockius LLP
1000 Louisiana St. Suite 4000
Houston, TX  77002
Tel. 713.890.5114
Fax 312.324.1001
Craig.Stanfield@morganlewis.com

Stephanie A. Joyce *
Joshua A. Fowkes *
Arent Fox LLP
1717 K Street, N.W.
Washington, D.C. 20006
Tel. 202.857.6081
Fax 202.857.6395
Stephanie.Joyce@arentfox.com
joshua.fowkes@arentfox.com

* Admitted *Pro Hac Vice*

2

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of June 2017, a true and correct copy of the foregoing Securus Technologies, Inc.'s Notice of Filing Supplemental Authority was served via ECF on all counsel of record.

By: /s/ Elizabeth B. Herrington<br>
Elizabeth B. Herrington