## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION
### Civil Action No. 5:14-cv-5258-TLB

| | |
|---|---|
| **SUSAN MOJICA and THOMAS MOJICA,** individually and on behalf of all others similarly situated,<br><br>v.<br><br>**SECURUS TECHNOLOGIES, INC.** | **Plaintiffs**<br><br><br><br><br>**Defendant** |

## NOTICE OF APPEAL

Notice is hereby given that Susan Mojica and Thomas Mojica, Plaintiffs and class representatives in the above-captioned action (the "Action"), hereby appeal to the United States Court of Appeals for the Eighth Circuit from the United States District Court for the Western District of Arkansas's Memorandum and Order entered in this Action on June 29, 2018 [ECF No. 370] to the extent that it, *inter alia*:

(1) granted Defendant Securus Technologies, Inc.'s ("Defendant") Motion for Class Decertification (ECF No. 224); (2) granted Defendant's Motion for Summary Judgment (ECF No. 232); (3) denied Plaintiffs' Motion for Primary Jurisdiction Referral and Stay Pending Referral (ECF No. 366); and (4) dismissed the individual Plaintiffs' claims with prejudice,

and from the corresponding Judgment entered in this Action on June 29, 2018 [ECF No. 371].

Dated: July 27, 2018

Respectfully Submitted,

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**

*/s/ Peter A. Muhic*
Peter A. Muhic (*Pro Hac Vice*)
Donna Siegel Moffa (*Pro Hac Vice*)
Amanda R. Trask (*Pro Hac Vice*)
Samantha Holbrook (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA  19087

Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: pmuhic@ktmc.com
Email: dmoffa@ktmc.com
Email: atrask@ktmc.com
Email: sholbrook@ktmc.com

**BERGER & MONTAGUE, P.C.**
Daniel Berger (*Pro Hac Vice*)
Peter R. Kahana (*Pro Hac Vice*)
Yechiel Michael Twersky (*Pro Hac Vice*)
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email:danberger@bm.net
Email:pkahana@bm.net
Email:mitwersky@bm.net

**SALTZ, MONGELUZZI,
BARRETT & BENDESKY, P.C.**
Patrick Howard (*Pro Hac Vice)*
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile: (215) 496-0999
Email: phoward@smbb.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (*Pro Hac Vice*)
Robert Braun (*Pro Hac Vice)*
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com
Email: RBraun@cohenmilstein.com
*Co-Lead Class Counsel*

Amy C. Martin
P.O. Box 765
Fayetteville, AR 72702
Telephone: (479) 422-4611
Email: theamymartin@gmail.com
*Liaison Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Peter A. Muhic*
Peter A. Muhic (*Pro Hac Vice*)
